UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62137-CIV-DIMITROULEAS

JORGE APARICIO, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

LMB MORTGAGE SERVICES, INC. d/b/a
LowerMyBills.com,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal Without Prejudice [DE 15] (the "Stipulation"), filed herein on November 14, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 15] is hereby **APPROVED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 15th day of November, 2018.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of Record